MILTON BOWER, an Infant, by JOHN S. BOWER, His Guardian ad Litem, Respondent, *v.* M. SAMUELS & Co., INC., Defendant, and THE NEWARK SHOE PEEK-SKILL, N. Y., Co., INC., Appellant.

(Argued October 14, 1929; decided November 19, 1929.)

*James Dempsey* for appellant.
*Dorothy Frooks* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.